1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCESS POPE,<br><br>             Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No.: 5:13-CV-05194-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Princess Pope filed her complaint in state court on October 9, 2013, which Defendants then removed to federal court on November 7, 2013. *See* ECF No. 1. On February 5, 2014, Defendant United States filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment. *See* ECF No. 5. In its motion, Defendant contends that Plaintiff has failed to exhaust administrative remedies under the Federal Tort Claims Act, that Plaintiff has failed to prosecute, and that Plaintiff lacks sufficient evidence to support her claims of tort liability. *See id.* Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, was due on February 19, 2014. As of today, February 21, 2014, Plaintiff has not filed an opposition or statement of non-opposition to Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment.

Moreover, along with the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, counsel for Defendant submitted a declaration stating that on November 14, 2013,

1  counsel for Defendant had served initial discovery requests on Plaintiff, and served a notice of
2  deposition of Plaintiff for February 5, 2014. *See* ECF No. 7 ¶¶ 4-5; *see id.*, Ex. B-C. On January
3  28, 2014, counsel for Defendant sent Plaintiff an email reminding her of the upcoming deposition.
4  *See id.* ¶ 6. Plaintiff did not respond to the discovery request or appear at the deposition. *See id.* ¶¶
5  7-8.
6        In light of Plaintiff's failure to respond to Defendant's discovery requests and Plaintiff's
7  failure to timely oppose Defendant's Motion, the Court ORDERS Plaintiff to show cause why this
8  case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).
9  This Order does not authorize Plaintiff to file an untimely opposition to the Motion to Dismiss, or
10 in the Alternative, Motion for Summary Judgment. **Plaintiff has until March 7, 2014 to file a**
11 **response to this Order to Show Cause**. A hearing on this Order to Show Cause is set for
12 **Wednesday, March 19, 2014 at 2 p.m.** The Court further CONTINUES the Initial Case
13 Management Conference set for March 5, 2014, at 2 p.m. to March 19, 2014, at 2 p.m. Plaintiff's
14 failure to respond to this Order and to appear at the March 19, 2014 hearing will result in dismissal
15 with prejudice for failure to prosecute.
16 **IT IS SO ORDERED.**

18 Dated: February 21, 2014                    \_\_\_\_\_*Lucy H. Koh*_____
                                              LUCY H. KOH
19                                            United States District Judge