UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCESS POPE,<br><br>          Plaintiff,<br><br>   v.<br><br>SAN JOAQUIN VALLEY NATIONAL CEMETERY,<br><br>          Defendant. | Case No.  13-cv-05194-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 07/24/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2 are referred to the assigned Magistrate Judge.

3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4 orders, which are available on the Court's website and in the Clerk's Office.

5     IT IS FURTHER ORDERED THAT the parties are to file Joint Case Management

6 Statement by 07/17/2014.

7

8 Dated:  May 15, 2014

9

    _____

10     BETH LABSON FREEMAN
    United States District Judge