UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCESS POPE,<br>      Plaintiff,<br>   v.<br>SAN JOAQUIN VALLEY NATIONAL CEMETERY,<br>      Defendant. | Case No. 13-cv-05194-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 07/31/2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Defendant is to send Copy of Discovery Request to Plaintiff.   Response to Discovery Request is due within 10 days, adding additional 5 days for mailing.

IT IS FURTHER ORDERED THAT the Defendant's Motion to Dismiss (Dkt. #28) is terminated without prejudice.

Dated: July 31, 2014

_____
BETH LABSON FREEMAN
United States District Judge