AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Princess Pope
    Plaintiff(s),
V.
San Joaquin Valley National Cemetery
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-05194 BLF

Notice is hereby given that, subject to approval by the court, __Princess Pope__ substitutes
(Party (s) Name)

__Howard Morrison, Esq.__ , State Bar No. __241178__ as counsel of record in
(Name of New Attorney)

place of __Princess Pope, In Pro Per__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name: Law Office f Howard Morrison
 Address: 1300 Clay Street, Suite 600, Oakland, CA 94612
 Telephone: (510) 295-8094  Facsimile: 
 E-Mail (Optional): morrison0811@gmail.com

I consent to the above substitution.
Date: 3/1/2015
            */s/ Princess Pope*
            (Signature of Party (s))

I consent to being substituted.
Date:
            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/13/15
            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 17, 2015
            */s/ Beth Labson Freeman*
            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]